NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY, Plaintiff-Appellee,

v.

Howard Antonia GOSNELL; Glenda Grantham Gosnell; Robin Gosnell Logan, Administrator of the Estate of Nancy Snow Gosnell, Defendants-Appellants.

No. 16-2030

United States Court of Appeals, Fourth Circuit.

Submitted: February 9, 2017

Decided: February 16, 2017

John N. Taylor, Jr., John C. Vermitsky, MORROW PORTER VERMITSKY FOWLER & TAYLOR PLLC, Winston-Salem, North Carolina, for Appellants. George L. Simpson, IV, SIMPSON LAW, PLLC, Raleigh, North Carolina, for Appellee.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Antonia Gosnell, Glenda Grantham Gosnell, and Robin Gosnell Logan appeal the district court's order granting judgment on the pleadings for the Appel-

direct her request to the district court in the first instance.

lee on its complaint for a declaratory judgment regarding coverage for an accident caused by an underinsured motorist. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Nationwide Prop. & Cas. Ins. Co. v. Gosnell, No. 5:15–cv–00071–D, 2016 WL 4480959 (E.D.N.C. Aug. 23, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED